KAREN L. LOEFFLER
United States Attorney

KELLY CAVANAUGH
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Kelly.Cavanaugh@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) |
| vs. | ) COUNT 1: |
| | ) FELON IN POSSESSION OF A |
| JOHN PEARL SMITH II and GORDON KEOLA CARVALHO, | ) FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | ) |
| | ) COUNT 2: |
| | ) FELON IN POSSESSION OF A |
| | ) FIREARM |
| | )   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | ) |
| | ) CRIMINAL FORFEITURE |
| | ) ALLEGATION: |
| | )   Vio. of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT I

On or about June 22, 2016, the defendant, JOHN PEARL SMITH II, within the District of Alaska, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. One DPMS .308 caliber semi-automatic rifle,

2. one Taurus model PT145 Pro, .45 caliber handgun,

3. one Glock, Model 22, .40 caliber pistol, and

4. one Plumcrazy Firearms, Model C15, 5.56 mm caliber rifle.

Convictions

| Conviction Date | Case No. | Offense | Court |
| --- | --- | --- | --- |
| March 10, 2006 | 3PA-04-2787 CR | Vehicle Theft in the First Degree and Theft in the Second Degree | Superior Court for the State of Alaska at Palmer, Third Judicial District |
| March 10, 2006 | 3PA-04-2791 CR | Robbery in the First Degree, Assault in the Third Degree, and Vehicle Theft in the First Degree | Superior Court for the State of Alaska at Palmer, Third Judicial District |
| March 10, 2006 | 3PA-04-2788 CR | Misconduct Involving Weapons in the Third Degree | Superior Court for the State of Alaska at Palmer, Third Judicial District |
| March 10, 2006 | 3PA-05-410 CR | Burglary in the First Degree | Superior Court for the State of Alaska at Palmer, Third Judicial District |
| November 6, 2006 | 3PA-05-2842 CR | Theft in the Second Degree - of a Firearm or Explosive, and Burglary in the First Degree | Superior Court for the State of Alaska at Palmer, Third Judicial District |

All of which is in violation of Title 18, U.S.C. § 922(g)(1) and 924(a)(2).

COUNT II

On or about June 22, 2016, the defendant, GORDON KEOLA CARVALHO, within the District of Alaska, having been convicted of the following crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit:

1. One DPMS .308 caliber semi-automatic rifle, and

2. one Taurus model PT145 Pro, .45 caliber handgun.

Convictions

| Conviction Date | Case No. | Offense | Court |
| --- | --- | --- | --- |
| July 2, 2004 | 3PA-03-2110 CR | Tampering with Physical Evidence | Superior Court for the State of Alaska at Palmer, Third Judicial District |
| July 7, 2006 | 3PA-05-1481 CR | Misconduct Involving Weapons in the Third Degree, Failure to Stop at the Direction of a Police Officer, Assault in the Third Degree, Vehicle Theft in the First Degree, and Robbery in the First Degree | Superior Court for the State of Alaska at Palmer, Third Judicial District |

All of which is in violation of Title 18, U.S.C. § 922(g)(1) and 924(a)(2).

CRIMINAL FORFEITURE ALLEGATION 1

Upon conviction of Counts 1 and 2 of this Indictment, defendants, JOHN PEARL SMITH II and GORDON KEOLA CARVALHO, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. One DPMS .308 caliber semi-automatic rifle, and
2. one Glock, Model 22, .40 caliber pistol, and
3. one Plumcrazy Firearms, Model C15, 5.56 mm caliber rifle.
4. one Taurus model PT145 Pro, .45 caliber handgun.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Kelly Cavanaugh
KELLY CAVANAUGH
United States of America
Assistant U.S. Attorney

s/ Karen L. Loeffler
KAREN L. LOEFFLER
United States of America
United States Attorney

DATE: 07/20/2016